# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form16instructions.pdf*

**9th Cir. Case Number(s)** | 26-3692

**Case Name** | ESSENFELD v. DEPARTMENT OF THE NAVY, ET AL.

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

1. Reverse the district court's orders in S.D. CA case No. 3:26-CV-03086-JO-MSB; 2. Issue an injunction pending appeal staying the execution of all separation orders; 3. In the alternative, remand with instructions to apply the correct legal standard; and 4. Grant such other and further relief as this Court deems just and proper.

Relief is needed no later than *(date)*: | June 8, 2026

The following will happen if relief is not granted within the requested time:

I was involuntarily separated from the Navy effective June 1, 2026, in reduced grade (O-5) with an Other Than Honorable characterization, forfeiting significant entitlements earned over 30+ years of active service, veterans' benefits, and VA disability eligibility. I am projected to exit federal custody within days with no income, no stable housing, and an OTH discharge — a governmental stigma finding that forecloses federal employment and many veterans benefits. My BCNR application, filed 5/26/2026, cannot yield relief for a minimum of six months. Each day without relief from this Court compounds losses that no subsequent administrative remedy can restore.

I could not have filed this motion earlier because:

I became aware of the district court's order yesterday, June 3, 2026 and needed time to prepare this appeal.

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

I requested this relief in the district court or other lower court:  ⊙ Yes  ○ No

If not, why not:

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ⊙ Yes  ○ No

If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: | June 4, 2026

By *(method)*: | Email

Position of other parties: |

Name and best contact information for each counsel/party notified:

Glen F. Dorgan, AUSA — glen.dorgan@usdoj.gov
Roger G. Wright, SAUSA — roger.wright@usdoj.gov

I declare under penalty of perjury that the foregoing is true.

**Signature** | | **Date** | June 4, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 16** 2 *Rev. 11/21/2019*